UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KERRY CAPTAIN, | No. C 08-5294 MHP (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| ANTIOCH POLICE DEPARTMENT; et al., | |
| Defendants. | |

Defendants' request for extension of time to file a dispositive motion is GRANTED. (Docket # 20.) The court now sets the following new briefing schedule on dispositive motions:

1. Defendants must file and serve their motion for summary judgment or other dispositive motion no later than **March 5, 2010**.

2. Plaintiff must file and serve his opposition to the motion no later than **April 9, 2010**.

3. If defendants wish to file a reply brief, they must file and serve the reply brief no later than **April 26, 2010**.

Defense counsel is cautioned that he should not send a letter and should instead comply with Local Rule 6 should he need to request another extension of time.

IT IS SO ORDERED.

Dated: January _8_, 2010

_____
Marilyn Hall Patel
United States District Judge