1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8   WAYNE KERRY CAPTAIN,                    No. C 08-5294 MHP (pr)

9          Plaintiff,                    **ORDER EXTENDING DEADLINES**

10         v.

11  ANTIOCH POLICE DEPARTMENT;
    et al.,
12

13         Defendants.
                                                    /
14

15         Defendants' request for extension of time to file a dispositive motion is GRANTED.

16  (Docket # 20.)  The court now sets the following new briefing schedule on dispositive

17  motions:

18         1.     Defendants must file and serve their motion for summary judgment or other

19  dispositive motion no later than **March 5, 2010**.

20         2.     Plaintiff must file and serve his opposition to the motion no later than

21  **April 9, 2010**.

22         3.     If defendants wish to file a reply brief, they must file and serve the reply brief

23  no later than **April 26, 2010**.

24         Defense counsel is cautioned that he should not send a letter and should instead

25  comply with Local Rule 6 should he need to request another extension of time.

26         IT IS SO ORDERED.

27  Dated: January _8_, 2010              _____

28                                        Marilyn Hall Patel
                                          United States District Judge

**United States District Court**
For the Northern District of California