UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KERRY CAPTAIN,<br><br>       Plaintiff,<br><br>  v.<br><br>ANTIOCH POLICE DEPARTMENT et al,<br><br>       Defendant. | Case Number: CV08-05294 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wayne Kerry Captain
202 Borel Lane
Danville, CA 94526

Dated: January 12, 2010

                                        Richard W. Wieking, Clerk
                                        By: Anthony Bowser, Deputy Clerk