UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KERRY CAPTAIN, | No. C 08-5294 MHP |
| Plaintiff, | |
| v. | **ORDER** |
| ANTIOCH POLICE DEPARTMENT, et al., | **Re: Defendants' Motion for Summary Judgment** |
| Defendant. | |

On March 5, 2010, defendants Matt Koch, Anthony Morefield and Jason Vanderpool moved this court for summary judgment against plaintiff regarding all claims contained in plaintiff's complaint. Plaintiff failed to file an opposition. *See* Docket No. 21 (Opposition to be filed by April 9, 2010). Defendants' unopposed motion is therefore GRANTED and this action is DISMISSED.

The Clerk of Court shall close the file.

IT IS SO ORDERED.

Dated: April 28, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California