UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KERRY CAPTAIN, | No. C 08-5294 MHP (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| ANTIOCH POLICE DEPARTMENT; et al., | |
| Defendants. / | |

This matter is now before the court for consideration of plaintiff's belated request for an extension of time. Defendants filed a motion for summary judgment on March 5, 2010. Plaintiff's opposition was due on April 9, 2010, pursuant to the briefing schedule set forth in the order filed January 12, 2010. Plaintiff did not file an opposition, or request an extension of the deadline at that time. Defendants then filed a reply on April 26, 2010 in which they noted plaintiff''s failure to oppose their motion. On April 28, 2010, the court granted defendants' unopposed motion for summary judgment and entered judgment.

On April 29, 2010, plaintiff filed a one-sentence "notice for extension of time." He did not explain why he had not met the deadline, why he needed additional time, or why he had not requested an extension of time earlier. See N. D. Cal. Local Rule 6-3. Although the application was filed on April 29, 2010, it had attached to it a declaration dated April 18, 2010 that stated plaintiff had served the notice on an unidentified party on April 15, 2010. Even if those dates were believed, the notice was untimely because the April 9 deadline had already passed before plaintiff allegedly mailed the notice. Further, regardless of when

plaintiff served the document on his opponent, he did not file it with the court until twenty days after the deadline and one day after judgment was entered. He is not in custody and therefore does not receive the benefit of the prisoner mailbox rule. The notice requesting an extension of time is DENIED because it was untimely and failed to set forth with any particularity the reason(s) for the requested extension. (Docket # 37.)

IT IS SO ORDERED.

Dated: May 14, 2010

_____
Marilyn Hall Patel
United States District Judge

2